**Paul J. ZIEGLER, Appellant, v. CONDOR PICTURES, Inc., a Corporation, Clinton E. Miller, Trustee of Condor Pictures, Inc., Consolidated Film Industries, Inc., R. S. Rodgers, Paul E. Atkinson, and Simeon Aller as Members of Unsecured Creditors' Committee of Condor Pictures, Inc., Appellees.**

### No. 9346.

Circuit Court of Appeals, Ninth Circuit.

Dec. 7, 1939.

Paul J. Ziegler, of Los Angeles, Cal., for appellant.

Nathan Newby, of Los Angeles, Cal., for appellees.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

The Facts herein are similar to those stated in Carpenter, Babson & Fendler et al. v. Condor Pictures, Inc., 9 Cir., 108 F. 2d 318, filed this day. Upon the authority of that case, the motion to dismiss herein is

Denied.